# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARICA VILLACIS,

                                 Plaintiff,

      -against-                        21-CV-230-VB

DELGADO'S DELI & RESTAURANT INC. and CORINA ORTIZ,            OFFER OF JUDGMENT

                                 Defendants.

---

Defendant CORINA ORTIZ offer to allow judgment to be entered against her and in favor of the Plaintiff in the sum of Thirty-Nine Thousand Dollars ($39,000.00) which is inclusive of all attorneys' fees and costs. This settlement offer is made pursuant to Federal Rule of Civil Procedure 68 of the Federal Rules of Civil Procedure and is not to be taken as an admission of liability or wrongdoing on the part of Defendants. This offer will remain open for fourteen (14) days after receipt of service of the offer on Plaintiff.

Dated: Ossining, New York
        September 17, 2021

                                                    CORINA ORTIZ
                                                    2 Forest Avenue
                                                    Ossining, New York 10562

Tullio G. Bruno
Notary Public, State of New York
No. 4952504
Qualified in Westchester County
Commission Expires 6/13/2023

STATE OF NEW YORK
COUNTY OF WESTCHESTER
SWORN BEFORE ME ON 17 Sept 2021