UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCIA VILLACIS, individually and on behalf of others similarly situated, | |
| Plaintiff, | Case No.: 7:21-cv-00230 (VB) |
| -against- | |
| | **[PROPOSED] JUDGMENT** |
| DELGADO'S DELI & RESTAURANT INC. and CORINA ORTIZ, | |
| Defendants. | |

WHEREAS, Defendant CORINA ORTIZ served Plaintiff with an offer of judgment for $39,000 on September 17, 2021;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on September 24, 2021;

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff MARCIA VILLACIS against Defendant CORINA ORTIZ in the amount of $39,000, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of Defendants.

Dated: October ____, 2021
      White Plains, NY                                                                      SO ORDERED,

                                                                                        _____

                                                                                        Hon. Vincent Briccetti