

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA VILLACIS, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

DELGADO'S DELI & RESTAURANT INC. and CORINA ORTIZ,

    Defendants.

Case No.: 7:21-cv-00230 (VB)

[PROPOSED] JUDGMENT AND ORDER

WHEREAS, Defendant CORINA ORTIZ served Plaintiff with an offer of judgment for $39,000 on September 17, 2021;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on September 24, 2021;

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff MARCIA VILLACIS against Defendant CORINA ORTIZ in the amount of $39,000, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of Defendants.

Dated: October 12, 2021
       White Plains, NY

                          SO ORDERED,

                          _____
                          Hon. Vincent Briccetti
                          United States District Judge

The case is dismissed against defendant Delgado's Deli & Restaurant Inc. See Fed. R. Civ. P. 41(a)(2).

The Clerk is directed to close the case.